**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| MICHAEL C. TRIMARCO,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES E. (CHASE) ERGEN, III, a/k/a CHARLES EDWARDS, and a/k/a M. CHARLES E. (CHASE) ERGEN,<br><br>Defendant. | ) | Case No. |

## COMPLAINT

COMES NOW, Plaintiff Michael C. Trimarco ("Plaintiff" or "Mr. Trimarco"), by and through his undersigned counsel, and hereby serves his complaint against Defendant Charles E. (Chase) Ergen, III ("Defendant," "Ergen" or "Chase Ergen") and states:

## INTRODUCTION AND PARTIES

1. Plaintiff Michael Trimarco is an individual and resident of the State of New York.

2. Defendant Charles E. (Chase) Ergen, III is an individual, and upon information and belief, a resident of the State of Colorado. Upon information and belief, Ergen also goes by the name Charles Edwards and by the name M. Charles E. (Chase) Ergen.

3. This is an action for collection of a loan which matured and came due on May 1, 2017. The principal amount due is $60 million. Accrued interest as of May 1,

2017 is $15 million. The total amount due and owing as of May 1, 2017 is $75 million plus late charges and attorneys' fees.

**JURISIDCTION AND VENUE**

4. Pursuant to 28 U.S.C. § 1332 this Court has diversity jurisdiction in that the parties are residents of different states, and the amount in controversy exceeds $75,000.00.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) because Defendant is a resident of Colorado and a substantial part of the events giving rise to the claim occurred within this district.

**FACTS**

6. DISH Network Corp. ("Dish Network") is a publicly traded company with a current market capitalization of approximately $22 billion. Its principal place of business is in Colorado. Dish Network and its associated entities provide satellite television and entertainment services throughout the world. Charles William Ergen, a/k/a Charlie Ergen, is the founder, former CEO, and current Chairman of the Board of Directors of Dish Network. He is the natural father of defendant Chase Ergen.

7. Beginning in 2010, Mr. Trimarco and entities he controlled were engaged in the marketing and distribution of Dish Network satellite television services in both the United States and abroad.

8. As a result, Mr. Trimarco developed a close relationship with Charlie Ergen. Through this relationship, Mr. Trimarco was encouraged by Charlie Ergen to provide mentorship and business partnership to his son, Chase Ergen.

9. Chase Ergen and Mr. Trimarco formed CH Communications S.A. ("CH Communications") in 2010 with the intent and purpose of marketing and distributing Dish Network on a global basis.

10. CH Communications is a corporation organized and existing under the laws of Geneva, Switzerland, with a primary office located in Geneva, Switzerland, and whose registered local agent at the time of formation was Nicolas Giannakopoulos.

11. In or about 2011, Chase Ergen began acting in such a manner to frustrate the general purpose of CH Communications, including behavior which intentionally harmed the business purpose of CH Communications and its relationship with Dish Network.

12. In April 2011, Ergen left the United States and moved to Mongolia, causing economic harm to CH Communications and to Mr. Trimarco in the process.

13. During this same period in April 2011, Mr. Trimarco discovered conduct and actions by Chase Ergen which were harmful to Mr. Trimarco and to CH Communications.

14. In or around March 2012, Chase Ergen admitted to Mr. Trimarco that he had been engaged in a multi-year long conspiracy with Dish Network and others to defraud, defame and slander Mr. Trimarco, to wrongfully terminate contracts made with Mr. Trimarco and entities he controlled, and to wrongfully convert business opportunities.

15. Following those admissions by Ergen, Mr. Trimarco and Ergen entered into negotiations relating to damages caused by Ergen to Mr. Trimarco. This resulted in a Settlement Agreement dated April 2012. Under the Settlement Agreement, Ergen

agreed to pay Mr. Trimarco $60,000,000 in exchange for mutual releases, including releases for any claims Mr. Trimarco may have against Dish Network.

16. At or about the time the Settlement Agreement was made, and in lieu of a cash payment thereunder, Ergen entered into a Loan Agreement, dated April 27, 2012, wherein he promised to pay Mr. Trimarco $60,000,000.00 by May 1, 2017, with interest accruing at 5% per annum (the "Loan Agreement", attached as **Exhibit A**).

17. The Loan Agreement further provides that if collection by Mr. Trimarco is placed with an attorney, Ergen must pay an additional attorneys' fee of 1% of the unpaid balance.

18. The Loan Agreement further provides payments beyond 90 days of due date shall be subject to a late charge of 1% of the payment.

19. Under the Loan Agreement, Ergen also agreed to pay Mr. Trimarco if the agreement was placed with an attorney for collection, in an amount of 1% of the unpaid balance.

20. The Loan Agreement matured on May 1, 2017. The principal due and owing as of May 1, 2017 is $60,000,000. Accrued interest as of May 1, 2017 is $15,000,000 a late charge of $750,000 is also due. The total amount due under the matured Loan Agreement is $75,750,000.

21. Mr. Trimarco has made demand of Mr. Ergen for the full amount due and owing under the Loan Agreement. Mr. Ergen has refused to pay.

## CLAIM FOR RELIEF

22. Mr. Trimarco adopts and incorporates Paragraph Nos. 1-21 as if stated herein.

23. At all times, Chase Ergen was a sophisticated businessman of sound mind and understanding and of adult age.

24. On April 27, 2012, Ergen entered into the Loan Agreement wherein he agreed to pay Mr. Trimarco the sum of $60,000,000 as full and complete settlement of any and all claims Mr. Trimarco may have had against both Ergen and Dish Network.

25. The Loan Agreement matured and came due on May 1, 2017. Total principal and accrued interest due under the Loan Agreement as of May 1, 2017 is $75,750,000. A late fee of $750,000 is also due.

26. Ergen has breached the terms of the Loan Agreement by failing to tender payment as agreed.

27. As a result of Ergen's breach, Mr. Trimarco has sustained damages in the amount of $75,000,000.00.

WHEREFORE, Plaintiff Michael Trimarco prays this Court enter a judgment against Defendant Charles E. (Chase) Ergen:

1. For $75,000,000.00 for breach of the Loan Agreement; and
2. For $750,000 in late fees pursuant to the Loan Agreement; and
3. For $750,000 in attorneys' fees pursuant to the Loan Agreement; and
4. For whatever such other relief this Court deems necessary, just, and proper.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury.

Respectfully submitted this 22nd day of January 2018.

WACHTEL MISSRY LLP

Howard Kleinhendler
885 Second Avenue
New York, New York 10017
(212) 909-9500
(212) 909-9417 (facsimile)
hkleinhendler@wmllp.com

Attorneys for Plaintiff