**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| MICHAEL C. TRIMARCO,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES E. (CHASE) ERGEN, III,<br>also known as Charles Edwards,<br>and also known as<br>M. Charles E. (Chase) Ergen,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 1:18-cv-0170 |

## DECLARATION OF MICHAEL C. TRIMARCO

I, **Michael C. Trimarco**, being over age eighteen, hereby declare:

1. I am the plaintiff in the above-captioned matter. I submit this declaration in opposition to defendant's motion to quash service of process and dismiss the complaint, or, in the alternative in support of plaintiff's cross-motion for an Order authorizing substituted service, as is allowed by Colorado Rule of Civil Procedure 4(f), and enlarging the time to perfect service under FRCP 4(m).

2. I graduated from Cornell University in 1992 and Harvard Business School in 1997. In 2002, I founded a business marketing telecommunications services company. By 2010, I had a substantial business relationship with DISH Network Corporation and its affiliated entities DishNetwork LLC and Echostar LLC (collectively, "DISH Network"). All of the DISH Network entities are located, through their principal places of business, or their members, in Colorado. DISH Network provides satellite television communications and systems throughout the world. It

is publicly traded on the NASDAQ Exchange, and as of March 28, 2018, it had a market capitalization of $17.5 billion.

3. I worked closely with DISH Network's founder, Chairman and principal shareholder, Charles W. Ergen ("Charlie"). From 2003 to 2010, I was the top global online distributor of DISH Network services and generated hundreds of millions of dollars to DISH Network.

4. In 2010, Charlie asked me to mentor and go into business with his son, defendant Charles E. (Chase) Ergen ("Chase"). I agreed and combined my business interests into a new venture with Chase, called CH Communications S.A. ("CH Communications"). CH Communications was formed with the intent and purpose of marketing and distributing DISH Network products globally. At the time, Chase was an agent and major shareholder/trustee of DISH Network. The DISH Network Board of Directors formally approved and ratified the new CH Communication venture.

5. In about April 2011, Chase, without my consent, moved to Mongolia, which severely hurt the business of CH Communications. At about the same time, I discovered that Chase had acted in ways that were harmful to both me and CH Communications. Also in 2011, Chase began acting in ways that frustrated the purpose of CH Communications.

6. About one year later, in March 2012, Chase admitted to me that he had engaged in a multiple year conspiracy together with executives of DISH Network to defraud, defame and slander me, to wrongfully terminate contracts made with me and entities I controlled, and to wrongfully convert business opportunities from me to himself and others.

7. Following Chase's admissions, he and I entered into a settlement agreement dated April 2012 whereby Chase agreed to pay me $60,000,000 (the "Settlement Amount") in exchange for releases to himself, the DISH Network entities and their employees (the "Settlement Agreement").

Attached as **Exhibit A**. In lieu of a cash payment of the $60 million, Chase entered into a loan agreement dated April 27, 2012 (the "Loan Agreement"), in which he agreed to pay me the Settlement Amount by May 1, 2017 (the "Loan"), with interest accruing at 5% per year. See Loan Agreement, attached as Exhibit A to the Complaint in this action.

8. The Loan matured on May 1, 2017, with the full Settlement Amount due and owing, plus interest, and late fees. I demanded payment in full from Chase, but he refused.

**Chase Has Contacts With Colorado**

9. Chase grew up at 5330 Lakeshore Drive in Littleton, Colorado (the "Lakeshore Drive Address"). His parents Charlie and Cantey Ergen still reside there. I have been to that residence with Chase.

10. In 2012, Chase fathered a child with a Mongolian woman. The child, a daughter, was named Tergelsar. I believe she currently goes by the name Luna.

11. Attached as **Exhibit B** is a publication in December 2014 of a Petition by Chase to a Philippines court in which Chase sought sole custody of his daughter. The Petition articulates in detail the efforts Chase undertook to protect his daughter and ultimately shield her from her natural mother. Since about 2015, Luna has resided with Chase's mother, Cantey Ergen, at the Lakeshore Drive Address.

12. Chase visits with his daughter at the Lakeshore Drive Address. In 2013, I visited the Lakeshore Drive Address and Chase was there with Luna.

13. Indeed, in 2017, Chase appeared at a court hearing in Colorado to testify in support of his mother, Cantey Ergen's, continued custody of his daughter Luna.

14. Public records indicate that Chase founded at least two Colorado corporations: Mr. & Mrs. Nice Guy and Mrs. Nice Guy. (**Exhibit C**).

15. Chase is registered to vote in Colorado. (**Exhibit D**).

16. Chase also maintains in Colorado a trust account worth several hundred million dollars.

17. I have engaged a private investigator to locate Chase's whereabouts. It was my understanding that he maintained an abode at the Lakeshore Drive Address. I am unaware of any other permanent address for Chase, and believe that he is a transient that moves from location to location. He may also spend time in Mexico and Switzerland.

I declare, under the penalties of perjury, that the foregoing is true.

Dated: March 28, 2018

MICHAEL C. TRIMARCO