IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MICHAEL C. TRIMARCO,

      Plaintiff,

                          Civil Action No.:  1:18-cv-0170(PAB)

v.

CHARLES E. (CHASE) ERGEN, III,
also known as Charles Edwards,
and also known as
M. Charles E. (Chase) Ergen,

      Defendant.

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

      Plaintiff Michael C. Trimarco, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against the defendant Charles E. (Chase) Ergen, III, a/k/a Charles Edwards, without prejudice.

      Plaintiff is dismissing this action because defendant has sought to quash service of process and has contested personal jurisdiction [Dkt 14]; and the court has issued two orders to show cause [Dkt 24, 35] questioning its subject matter jurisdiction.  These motions are still pending before the Court.  On April 23, 2018, in order to preserve certain claims under applicable statutes of limitations, and in light of the challenges asserted to this Court's jurisdiction, plaintiff commenced an action in New York State Court Supreme Court, New York County, entitled, <u>Michael C. Trimarco v. Charles Edwards, a/k/a Charles E. (Chase) Ergen, III and JOHN DOES 1-15</u>, Index No. 651977/2018 (the "New York Action"), which contains in part, claims similar to the ones brought here.  Plaintiff successfully served defendant with the New York Action in Switzerland

under the Hague Convention.  Accordingly, in order to preserve judicial economy and because the documents controlling the claims asserted in the New York Action contain a New York choice of law provision and a New York forum selection clause, Plaintiff has elected to dismiss this case without prejudice and pursue its claims against defendant in New York.

Defendant has filed neither an answer to the complaint nor a motion for summary judgment.  Dismissal under Rule 41(a)(1)(A)(i) is appropriate.  See Janssen v. Harris, 321 F.3d 998, 1,000 (10th Cir 2003) ("Under Rule 41(a)(1)(i), a plaintiff has an absolute right to dismiss without prejudice and no action is required on the part of the court.").

Respectfully submitted this 22nd day of August, 2018.

                                           */s/ Howard Kleinhendler*
                                           Howard Kleinhendler
                                           WACHTEL MISSRY LLP
                                           885 Second Avenue
                                           New York, NY 10017
                                           (212) 909-9500
                                            (212) 909-9430 (fax)
                                           kleinhendler@wmllp.com

                                           *Counsel for Plaintiff*
                                           *Michael C. Trimarco*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August, 2018 a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE was served on the following by electronic filing to:

> Hugh Q. Gottschalk
> Wheeler Trigg O'Donnell, LLP-Denver
> 370 17th Street
> Suite 4500
> Denver, CO 80202-5647

                                                        */s/ Howard Kleinhendler*

                                                        Howard Kleinhendler