IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00170-PAB

MICHAEL C. TRIMARCO,

      Plaintiff,

v.

CHARLES E. ERGEN, III,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

      This matter comes before the Court on the parties' Joint Notice Regarding Compliance With Court Order Requiring Filing of Redacted Documents [Docket No. 52]. On June 5, 2018, the parties filed a joint stipulated motion to restrict access to certain exhibits filed by plaintiff in response to the Court's May 17, 2018 show cause order [Docket Nos. 38-3, 38-4, 38-6, 38-7, 38-8, 38-9, 38-10, 38-11, 38-12, 38-13]. *See* Docket No. 41. On January 9, 2019, the Court denied the motion without prejudice, finding that the parties had not explained why it was necessary for the Court to restrict public access to the documents in their entirety rather than redacting those portions containing confidential information. Docket No. 51 at 6. The Court directed the parties to file either redacted versions of the documents or a new motion to restrict explaining why such redaction was impracticable. *Id.*

      On January 22, 2019, the parties filed redacted versions of the documents. Docket No. 52. For purposes of consistency and full compliance with Fed. R. Civ. P. 5.2, the parties also submitted redacted versions of plaintiff's response to the Court's second show cause order [Docket No. 38] and accompanying declaration [Docket No. 38-1]. Having reviewed the redacted documents and being satisfied that they comply with Fed. R. Civ. P. 5.2, it is

      **ORDERED** that the redacted versions of Docket Nos. 38, 38-1, 38-3, 38-4, 38-6, 38-7, 38-8, 38-9, 38-10, 38-11, 38-12, and 38-13 are accepted. It is further

      **ORDERED** that Docket Nos. 38-3, 38-4, 38-6, 38-7, 38-8, 38-9, 38-10, 38-11, 38-12, and 38-13 shall remain under a Level 1 restriction until further order of the Court. It is further

      **ORDERED** that Docket Nos. 38 and 38-1 shall be placed under a Level 1

restriction until further order of the Court.

DATED January 29, 2019.